AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| United States of America | )  |  |
|---|---|---|
| v. | ) | Case No: 2:CR19-116 JLR |
| WALBEL ANTONIO REYES-MORENO | ) |  |
|  | ) | USM No: 49571-086 |
| Date of Original Judgment: 2/10/2020 | ) |  |
| Date of Previous Amended Judgment: N/A | ) | Dennis Carroll |
|  |  | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* |  |  |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**   ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  78  months **is reduced to** 64 months, but if the amount of time served as of February 1, 2024 exceeds this, then time-served on February 1, 2024.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/10/2020  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/15/2023

Judge's signature

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable James L. Robart, United States District Judge
*Printed name and title*